IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BYRON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 07CV4342 |
| ) | JUDGE NORDBERG |
| CITY OF CHICAGO HEIGHTS, a ) | MAG. JUDGE BROWN |
| municipal corporation, OFFICER ROGER ) | |
| WILSON, individually, OFFICER ) | |
| BENJAMIN HOFRICHTER, individually, ) | |
| and OFFICER JOHN STOKES, individually) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To: Mr. Terrence J. Mahoney
Neville & Mahoney
221 N. LaSalle St., Suite 2100
Chicago, IL 60601

PLEASE TAKE NOTICE that I caused the attached Petition for Removal to be filed with the Clerk of the United States District Court for the Northern District of Illinois – Eastern Division on August 2, 2007.

WILLIAM F. GLEASON

**FILED**

AUG - 2 2007
8-2-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, WILLIAM F. GLEASON, an attorney, certify that a copy of this notice and the document referred to therein was served upon the above listed person by placing the same in a pre-paid properly addressed envelope and placing the same in a U.S. Postal Box in Olympia Fields, Illinois on August 2, 2007 before 5:00 p.m.

_____
WILLIAM F. GLEASON

CHRISTOPHER L. PETRARCA
WILLIAM F. GLEASON
HAUSER, IZZO, DeTELLA & PETRARCA, LLC
19730 Governors Highway, Suite 10
Flossmoor, IL 60422
(708)799-6766
5G:\MUNICIPAL\Chicago Heights\Smith\nof.cs.1.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BYRON SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF CHICAGO HEIGHTS, a | ) |
| municipal corporation, OFFICER ROGER | ) |
| WILSON, individually, OFFICER | ) |
| BENJAMIN HOFRICHTER, individually, | ) |
| and OFFICER JOHN STOKES, individually | ) |
| | ) |
| Defendants. | ) |

FILED
AUG - 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT C...

07CV4342
JUDGE NORDBERG
MAG. JUDGE BROWN

## PETITION FOR REMOVAL

NOW COME Defendants, CITY OF CHICAGO HEIGHTS, OFFICER ROGER WILSON, OFFICER BENJAMIN HOFRICHTER and OFFICER JOHN STOKES, by and through their attorneys, HAUSER, IZZO, DeTELLA & PETRARCA, LLC pursuant to pursuant to 28 U.S.C. §1331 and 1441 to file their Petition for Removal of the case styled *Byron Smith v. City of Chicago Heights, a Municipal corporation, Officer Roger Wilson #177 individually, Officer Benjamin Hofrichter #104, individually, and Officer John Stoke #150, individually*, pending as Case No. 07 L 004706 in the Circuit Court of Cook County, Illinois, County Department – Law Division, on the following grounds:

1. On May 7, 2007, Plaintiff filed a Complaint at Law entitled *Byron Smith v. City of Chicago Heights, a Municipal corporation, Officer Roger Wilson #177 individually, Officer Benjamin Hofrichter #104, individually, and Officer John Stoke #150, individually*, in the Circuit Court of Cook County, Illinois, Chancery Department – Law Division. (A copy of this complaint is attached hereto as Exhibit A.)

1

2. Defendants were served with a copy of this complaint on July 19, 2007.

3. Plaintiff was granted leave to file an amended complaint on July 10, 2007 but to Defendants' knowledge, no such amended complaint has been filed to date.

4. Plaintiff is a citizen of the State of Illinois.

5. The City of Chicago Heights is a local unit of government located in Cook County, Illinois.

6. Officers Roger Wilson, Benjamin Hofrichter and John Stokes are citizens of the State of Illinois.

7. In Count III of his complaint at law, Plaintiff alleges that the Defendants violated the Fifth and Fourteenth Amendments to the United States Constitution.

8. In Count III of his complaint at law, Plaintiff alleges that the Defendants violated 42 U.S.C. §1983.

9. Therefore, this case involves a civil action over which the United States District Court properly has original jurisdiction under 28 U.S.C. §1331, federal question jurisdiction, and is therefore removable to this Court by virtue of the provisions of 28 U.S.C. §1441 *et seq.*

10. This Petition for Removal is being timely filed as required by 28 U.S.C. §1446(b) within 30 days after Defendants received notice, through service or otherwise, of the complaint.

11. Pursuant to 28 U.S.C. §1441(a), a civil action brought in a state court, over which the United States District Court has original jurisdiction, may be removed to that District Court embodying the place where such action is pending. Since this action is now pending in the Circuit Court of Cook County, Illinois, this Court has removal jurisdiction.

12. A copy of this Petition for Removal is being filed with the Clerk of the Circuit Court of Cook County, Illinois as required by 28 U.S.C. §1446(d).

Respectfully submitted,

CITY OF CHICAGO HEIGHTS,
OFFICER ROGER WILSON,
OFFICER BENJAMIN HOFRICHTER, and
OFFICER JOHN STOKES

By: _____
One of Their Attorneys

CHRISTOPHER L. PETRARCA
WILLIAM F. GLEASON
HAUSER, IZZO, DeTELLA & PETRARCA, LLC
19730 Governors Highway, Suite 10
Flossmoor, IL 60422
(708)799-6766
5G:\MUNICIPAL\Chicago Heights\Smith\petition.removal.doc

3

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

BYRON SMITH, )
)
    Plaintiff, )
)
  vs. ) No.
)
CITY OF CHICAGO HEIGHTS, a )
Municipal corporation, OFFICER ROGER )
WILSON #177, individually, OFFICER )
BENJAMIN HOFRICHTER #104, )
individually, and OFFICER JOHN STOKES )
#150, individually, )
)
    Defendants. )

## COMPLAINT AT LAW

NOW COMES the plaintiff, BYRON SMITH, by and through his attorneys, Neville & Mahoney, and complaining of the defendants, CITY OF CHICAGO HEIGHTS, a Municipal corporation (hereinafter referred to as CHICAGO HEIGHTS), OFFICER ROGER WILSON #177, individually, OFFICER BENJAMIN HOFRICHTER #104, individually, and OFFICER JOHN STOKES #150, individually, states as follows:

### COUNT I

1. On and before, May 9, 2006, defendant, CHICAGO HEIGHTS, a Municipal corporation, was existing under and by virtue of the laws of the State of Illinois.

2. On and before, May 9, 2006, defendant, OFFICER ROGER WILSON #177, was an agent and an employee of the defendant, CHICAGO HEIGHTS, working in the capacity as a police officer.


EXHIBIT A

3. On and before, May 9, 2006, defendant, OFFICER JOHN STOKES #150, was an agent and an employee of the defendant, CHICAGO HEIGHTS, working in the capacity as a police officer.

4. On and before, May 9, 2006, defendant, OFFICER BENJAMIN HOFRICHTER #104, was an agent and an employee of the defendant, CHICAGO HEIGHTS, working in the capacity as a police officer.

5. On May 9, 2006, plaintiff, BYRON SMITH, was driving a gold Navigator in the vicinity of 626 West Hickey Street, Chicago Heights, Illinois.

6. At the time and place aforesaid, the defendant, OFFICER JOHN STOKES #150, was operating a police vehicle and defendants, OFFICER ROGER WILSON #177, and OFFICER BENJAMIN HOFRICHTER #104, were passengers in said police vehicle, and were in pursuit of the vehicle being operated by the plaintiff based upon communication received from the Ford Heights Police Department.

7. At all times mentioned herein, the defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150 were duly authorized agents, employees, and police officers employed by the defendant, CHICAGO HEIGHTS, and were working within the course and scope of their employment.

8. At the time and place aforesaid, plaintiff drove his vehicle off of the pavement of Hickory Street and proceeded in a south bound direction towards a berm located behind the address of 626 West Hickey, Chicago Heights, Illinois.

9. At the time and place aforesaid, defendant, OFFICER JOHN STOKES #150, while driving the Chicago Heights police vehicle, following the plaintiff, also drove off the pavement of Hickory Street and proceeded south towards the berm and plaintiff's vehicle.

10. At the time and place aforesaid, and as the plaintiff approached the aforesaid described berm, he brought the vehicle to a complete stop, opened the driver's door, and exited the vehicle, surrendering to the pursing Chicago Heights police officer.

11. At the time and place aforesaid, the defendant, OFFICER JOHN STOKES #150, while operating, managing, and maintaining, the Chicago Heights police vehicle, drove into, impacted, and struck the plaintiff's body with said police vehicle after plaintiff had exited the gold Navigator.

12. Thereafter, at the time and place aforesaid, the defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, struck, hit, and punched the plaintiff on the head and body without provocation.

13. At the time and place aforesaid, the defendants, OFFICER JOHN STOKES #150 and OFFICER ROGER WILSON #177, and OFFICER BENJAMIN HOFRICHTER #104, acted in a willful and wanton manner through the following acts or omissions:

    a) With conscious indifference and reckless disregard for the health of the plaintiff, BYRON SMITH, operated and controlled a vehicle so as to impact and strike the plaintiff's body (745 ILSC 10/2-202);

    b) With conscious indifference and reckless disregard for the health and safety of the plaintiff, BYRON SMITH, failed to decrease speed so as to avoid striking the plaintiff, BYRON SMITH, as he exited a motor vehicle (745 ILSC 10/2-202);

    c) With conscious indifference and reckless disregard for the health and safety of the plaintiff, BYRON SMITH, operated and controlled a motor

vehicle without keeping a proper and sufficient lookout as to the location of the plaintiff, BYRON SMITH (745 ILSC 10/2-202); and

d) With conscious indifference and reckless disregard for the health and safety of the plaintiff, BYRON SMITH, operated and used a motor vehicle to arrest or restrain the plaintiff, BYRON SMITH, after he exited a motor vehicle (745 ILSC 10/2-202).

e) With conscious indifference and reckless disregard for the health and safety of the plaintiff, BYRON SMITH, struck, hit, and punched plaintiff on the head and body without any provocation (745 ILSC 10/2-202).

14. As a direct and proximate result of one or more of the aforesaid willful and wanton acts or omissions, the plaintiff, BYRON SMITH, sustained injuries of a personal and pecuniary nature.

WHEREFORE, plaintiff, BYRON SMITH, demands judgment against the defendants, OFFICER ROGER WILSON and OFFICER JOHN STOKES, in an amount in excess of FIFTY THOUSAND and ONE DOLLARS ($50,001.00).

## COUNT II

1. On and before, May 9, 2006, defendant, CITY OF CHICAGO HEIGHTS (hereinafter referred to as CHICAGO HEIGHTS), a Municipal corporation, was existing under and by virtue of the laws of the State of Illinois.

2. On May 9, 2006, plaintiff, BYRON SMITH, was driving a gold Navigator in the vicinity of 626 West Hickey Street, Chicago Heights, Illinois.

3. At all times mentioned herein, the defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, were duly authorized agents, employees, and police officers employed by the defendant, CHICAGO HEIGHTS, and were working within the course and scope of their employment.

-4-

4.   At the time and place aforesaid, the defendant, CHICAGO HEIGHTS, by and through their duly authorized agents and employees, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, operated a police vehicle in pursuit of the vehicle being operated by the plaintiff based upon communication received from the Ford Heights Police Department.

5.   At the time and place aforesaid, plaintiff drove his vehicle off of the pavement of Hickory Street and proceeded in a south bound direction towards a berm located behind the address of 626 West Hickey, Chicago Heights, Illinois.

6.   At the time and place aforesaid, defendant, CHICAGO HEIGHTS, by and through their duly authorized agents and employees, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, also drove off the pavement of Hickory Street and proceeded south towards the berm and plaintiff's vehicle.

7.   At the time and place aforesaid, and as the plaintiff approached the aforesaid described berm, he brought the vehicle to a complete stop, opened the driver's door, exited the vehicle surrendering to the pursing Chicago Heights police officer.

8.   At the time and place aforesaid, the defendant, CHICAGO HEIGHTS, by and through their duly authorized agents and employees, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, drove into and struck the plaintiff's body with said police vehicle after plaintiff had exited the gold Navigator.

-5-

9. Thereafter, at the time and place aforesaid, the defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, struck, hit, and punched the plaintiff on the head and body without provocation.

10. At the time and place aforesaid, the defendant, CHICAGO HEIGHTS, by and through their duly authorized agents and employees, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, acted in a willful and wanton manner through the following acts or omissions:

   a) With conscious indifference and reckless disregard for the health of the plaintiff, BYRON SMITH, operated and controlled a vehicle so as to impact and strike the plaintiff's body (745 ILSC 10/2-202);

   b) With conscious indifference and reckless disregard for the health and safety of the plaintiff, BYRON SMITH, failed to decrease speed so as to avoid striking the plaintiff, BYRON SMITH, as he exited a motor vehicle (745 ILSC 10/2-202);

   c) With conscious indifference and reckless disregard for the health and safety of the plaintiff, BYRON SMITH, operated and controlled a motor vehicle without keeping a proper and sufficient lookout as to the location of the plaintiff, BYRON SMITH (745 ILSC 10/2-202); and

   d) With conscious indifference and reckless disregard for the health and safety of the plaintiff, BYRON SMITH, operated and used a motor vehicle to arrest or restrain the plaintiff, BYRON SMITH, after he exited a motor vehicle (745 ILSC 10/2-202).

   e) With conscious indifference and reckless disregard for the health and safety of the plaintiff, BYRON SMITH, struck, hit, and punched plaintiff on the head and body without any provocation (745 ILSC 10/2-202).

11. As a direct and proximate result of one or more of the aforesaid willful and wanton acts or omissions, the plaintiff, BYRON SMITH, sustained injuries of a personal and pecuniary nature.

-6-

WHEREFORE, plaintiff, BYRON SMITH, demands judgment against the defendant, CITY OF CHICAGO HEIGHTS, a Municipal corporation, by and through their duly authorized agents and employees, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, in an amount in excess of FIFTY THOUSAND and ONE DOLLARS ($50,001.00).

## COUNT III

1. This is a civil action seeking damages against, THE CITY OF CHICAGO HEIGHTS (hereinafter referred to as CHICAGO HEIGHTS), OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, for committing acts, under color of law, which deprived plaintiff of rights secured under the constitution and laws of the United States; for conspiring for purpose of impending and hindering the due course of justice, with intent to deny plaintiff equal protection of laws; and for refusing or neglecting to prevent such deprivations and denials to plaintiff. This Court has jurisdiction of this action under 42 U.S.C. §1983 and 28 U.S.C. §1343 and §1331.

2. Plaintiff, BYRON SMITH, is a citizen and a resident of the village of Ford Heights, State of Illinois, in the United States of America.

3. Defendant, CHICAGO HEIGHTS, is a Municipal corporation, organized under the laws of the State of Illinois. The defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, were police officers employed by the CHICAGO HEIGHTS police department.

4. Plaintiff sues each and all defendants in both their individual and official capacities.

-7-

5. At all times material to this complaint, defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, acted under color of the statutes, customs, ordinances, and usage of the State of Illinois, City of Chicago Heights, and Chicago Heights Police Department.

6. On May 9, 2006, at approximately 6:15 a.m., plaintiff, BYRON SMITH, drove a gold Navigator in the vicinity of 626 West Hickory Street, Chicago Heights, Illinois.

7. Defendant, OFFICER JOHN STOKES #150, was operating a Chicago Heights police vehicle and defendant, OFFICER ROGER WILSON #177 and OFFICER BENJAMIN HOFRICHTER #104, were riding as passengers inside the vehicle in pursuit of plaintiff's vehicle based upon communication received from the Ford Heights Police Department.

8. At the time and place aforesaid, plaintiff operated the above described vehicle off of the roadway of Hickory Street, traveled south bound toward a berm beyond 626 West Hickory Street, Chicago Heights, Illinois.

9. Defendant, OFFICER JOHN STOKES #150, while operating the aforesaid police vehicle followed plaintiff and also drove off the pavement headed south bound toward the berm at 626 West Hickory Street, Chicago Heights, Illinois.

10. At the time and place aforesaid, as the plaintiff vehicle approached the berm, he brought said vehicle to a complete stop, opened the driver's door, and exited the vehicle, surrendering to the pursuing Chicago Heights police officers.

11. At the time and place aforesaid, defendant OFFICER JOHN STOKES #150, while operating, managing, and maintaining the police vehicle, drove into and struck the plaintiff's body with said police vehicle after plaintiff had exited the afore described vehicle.

12. At the time and place aforesaid, the police vehicle operated by defendant, OFFICER JOHN STOKES #150, struck, collided, and crushed the plaintiff's lower left leg causing severe fractures of the fibula, dislocation of the ankle, open wound to the left lower leg, and severe damage to the deltoid ligament.

13. Thereafter, at the time and place aforesaid, the defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, struck, hit, and punched the plaintiff on the head and body without provocation.

14. On May 9, 2006, plaintiff was taken to St. James Hospital, Olympia Fields, Illinois, by members of the Chicago Heights police department and subsequent to admission to the emergency room, emergency room and attending physicians documented that plaintiff's aforestated injuries occurred as a result of being struck and run over by a vehicle and struck, hit, and punched on the head and body.

15. Emergency surgery was performed upon plaintiff at St. James Hospital, Olympia Fields, Illinois on May 9, 2006, for the orthopedic condition of grade 3-B open fracture, dislocation of the left ankle.

16. Plaintiff, BYRON SMITH was subsequently charged and indicted for multiple counts of unauthorized use of a weapon (20 counts), and thereafter entered a plea of guilty to one count of the indictment of unlawful use of a weapon on January 12, 2007.

17. As a result of the defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, concerted, unlawful, and malicious physical and excessive abuse of plaintiff, said defendants, CHICAGO HEIGHTS, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104,

-9-

and OFFICER JOHN STOKES #150, in the arrest and apprehension of the plaintiff, deprived plaintiff of his right to equal protection of the laws and impeded the due course of justice in violation of the Fifth and Fourteenth Amendment to the Constitution of the United States in 42 U.S.C. §1983.

18. Further, as a direct and proximate result of each of the defendants' aforesaid conduct, plaintiff suffered personal and pecuniary injuries.

WHEREFORE, plaintiff, BYRON SMITH, demands judgment against the defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, in their individual and official capacities, for compensatory damages in the amount in excess of FIFTY THOUSAND and ONE DOLLARS ($50,001.00).

## COUNT IV

1 - 18. Plaintiff realleges and restates Paragraphs 1 through 16 of Count III and incorporates them in Court IV as though fully set forth herein.

19. At all times relevant to this Complaint, defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, and OFFICER JOHN STOKES #150, as police officers of CITY OF CHICAGO HEIGHTS, Illinois, were acting under the direction and control of the defendant, CITY OF CHICAGO HEIGHTS and Chicago Heights Police Department.

20. Acting under color of law and pursuant to official policy or custom, defendants, OFFICER ROGER WILSON #177, OFFICER BENJAMIN HOFRICHTER #104, OFFICER JOHN STOKES #150, and CITY OF CHICAGO HEIGHTS, knowingly, recklessly, or with

-10-

07/24/2007 TUE 11:06 FAX 708 756 4340 THOMAS SOMER Case: 1:07-cv-04342 Document #: 1 Filed: 08/02/07 Page 16 of 18 PageID #:16 ⌀015/017

JUL 20 2007 10:31AM HP LASERJET 3200 P.14

gross negligence, allowed and failed to supervise, control, and discipline, on a continuing basis the defendant police officers in their duties to refrain from:

    a) Unlawfully and maliciously assaulting and beating a citizen or otherwise using unreasonable and excessive force before, during, and after the making of an arrest, whether the arrest was lawful or unlawful;

    b) Conspiring to violate the rights, privileges, and immunities guaranteed to plaintiff by the Constitution and laws of the United States of America and State of Illinois;

    c) Otherwise depriving plaintiff of his constitutional and statutory rights, privileges, and immunities; and

    d) Issued reports and histories which falsely misrepresented and failed to disclose the manner and method in which plaintiff was injured.

21. The defendant, CITY OF CHICAGO HEIGHTS, had knowledge or, had it diligently exercised its duties to supervise, control, and discipline on a continuing basis, should have had knowledge that the wrongs conspired to be done as heretofore alleged were about to be committed. Defendant, CITY OF CHICAGO HEIGHTS, had power to prevent or aid in preventing the commission of said wrongs, and could have done so by reasonable diligence, and knowingly, recklessly, or with gross negligence failed or refused to do so. Defendant, CITY OF CHICAGO HEIGHTS, directly or indirectly, under color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of defendant police officers heretofore described.

22. As a direct and proximate cause of the negligent and intentional acts of defendant, CITY OF CHICAGO HEIGHTS as set forth in Paragraphs 19, 20, and 21, above, plaintiff suffered personal injury, medical expenses, and severe mental anguish in connection with the depravation of his constitutional and statutory rights guaranteed by the Fifth and

-11-

Fourteenth Amendments of Constitution of the United States and protected by 42 U.S.C. §1983.

WHEREFORE, plaintiff, BYRON SMITH, demands judgment against the defendant, CITY OF CHICAGO HEIGHTS, for compensatory damages in the amount in excess of FIFTY THOUSAND and ONE DOLLARS ($50,001.00).

Respectfully submitted,

NEVILLE & MAHONEY

*(signature)*

One of Its Attorneys

NEVILLE & MAHONEY
221 North LaSalle Street
Suite 2100
Chicago, IL 60601
Telephone: 312/236-2100
Attorney No. 30701

-12-

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| BYRON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. |
| ) | |
| CITY OF CHICAGO HEIGHTS, a ) | |
| Municipal corporation, OFFICER ROGER ) | |
| WILSON #177, individually, OFFICER ) | |
| BENJAMIN HOFRICHTER #104, ) | |
| individually, and OFFICER JOHN STOKES ) | |
| #150, Individually, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

1. I, TERENCE J. MAHONEY, attorney with the law firm of NEVILLE & MAHONEY, am duly licensed to practice law in the State of Illinois.

2. I have reviewed the facts of this case and the damages resulting from the aforementioned injury.

3. Upon review, I have concluded that the plaintiff has a meritorious claim in an amount in excess of FIFTY THOUSAND AND ONE DOLLARS ($50,001.00) for jurisdictional purposes.

_____
TERENCE J. MAHONEY
Attorney for Plaintiff

SUBSCRIBED AND SWORN to
before me this 7th day of May, 2007.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
JEANNE KEEL DIXON
Notary Public, State of Illinois
My Commission Expires 08/24/2009