## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Byron Smith

                        Plaintiff,

v.                                                     Case No.: 1:07−cv−04342
                                                              Honorable John A. Nordberg

City of Chicago Heights, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 2, 2010:

      MINUTE entry before Honorable John A. Nordberg:For the reasons set forth in this court's memorandum opinion and order, defendants motion for summary judgment [36]is granted in part and denied in part. Judgment is granted to defendants Hofrichter and Wilson on all counts; judgment is granted in favor of the City on Count IV but not on Count II. The motion is denied as against defendant John Stokes. A status hearing is set for 2:30 p.m. on February 24, 2010.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.