# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Byron Smith

                    Plaintiff,

v.                                             Case No.: 1:07−cv−04342

                                               Honorable Matthew F. Kennelly

City of Chicago Heights, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 17, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: Pursuant to settlement, the case is dismissed with prejudice, with leave to reinstate on or before 10/18/10 if documentation is not completed by that date. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.